IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Hassan A. Issack, Farah M. Muse and Safiyo O. Osman, | Court File No.: 13-CV-00194 (MJD/LIB) |
| Plaintiffs, | |
| v. | **ORDER.** |
| Electrolux Home Products, Inc., | |
| Defendant. | |

This above-entitled matter came before the Court upon the Amended Joint Stipulation of the parties, regarding Defendant's Summary Judgment motion, scheduled for hearing on August 22, 2014.

Plaintiffs were represented by Stephen W. Cooper, The Cooper Law Firm, Chartered, Loring Green East, 1201 Yale Place, Suite A-100, Minneapolis, Minnesota, 55403.  Defendant was represented by Hal A. Shillingstad, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Wells Fargo Center, 90 South Seventh Street, Suite 3800, Minneapolis, Minnesota, 55402.

Based upon the Amended Joint Stipulation of the parties and being in all respects duly advised, the Court hereby orders adjudges and decrees as follows:

1.     Plaintiffs shall have until June 16, 2014, to file their summary judgment opposition papers.

2.      Defendant shall have until July 8, 2014, to file its Reply Memorandum.


                                          BY THE COURT:

Dated:  June 12, 2014                     s/ Michael J. Davis
                                          The Honorable Michael J. Davis
                                          Chief United States District Judge